FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '08 MJ 8735

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Rogelio Vazquez FLORES Jr ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about August 16, 2008, within the Southern District of California, defendant Rogelio Vazquez FLORES Jr., did knowingly and intentionally import approximately 35.40 kilograms (77.88 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Vincent McDonald, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF AUGUST 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Vincent McDonald with the U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On August 16, 2008, at approximately 6:12 p.m., Rogelio Vazquez FLORES Jr. entered the United States from the Republic of Mexico at the Calexico California West Port of Entry. FLORES Jr. was the driver, sole occupant, and registered owner of a 1996 Oldsmobile Supreme bearing California (CA) temporary tag number 10. Customs and Border Protection Officers searched the vehicle FLORES Jr. was driving and discovered sixteen packages wrapped in clear plastic inside the gas tank. In addition, six packages were uncovered inside the rear quarter panels of the vehicle wrapped in brown postal tape. A total of twenty-two packages were extracted from the 1996 Oldsmobile. A sample from one of the packages was obtained and it field-tested positive for marijuana, a Schedule I Controlled Substance. The combined weight of the twenty-two packages was 35.40 kilograms (77.88 pounds).

FLORES Jr. was advised of his Constitutional rights according to Miranda, which he acknowledged and waived agreeing to be interviewed without the presence of an attorney. FLORES Jr. claimed a guy from the streets offered him the job to drive the vehicle across the border with drugs. FLORES Jr. stated he was told "weed" would be in the car, but he was not told where. FLORES Jr. stated he was to be paid $1500 to drive the vehicle into the US from Mexico. Upon crossing the Calexico border to the U.S., FLORES Jr. added he was instructed to drive to the "Rite Aide" in Calexico, CA and leave the car keys under the seat. FLORES Jr. claimed he would then walk home.

Executed on August 17, 2008 at 4:31 a.m.

_____
Vincent McDonald, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 16, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

_____        8/17/08 at 8:44am
United States Magistrate Judge            Date/Time